09-9077

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br><br>Glenn Favre Pro Se | **DEFENDANTS** Wachovia Bank VA. et<br>Quinney & Sampson, individually<br>Darcey YRO, Innovative Merchant |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) Services |
| **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

The Fraudulant Transfer of monies caused Plaintiff to loss funding from American Express in Turn being BK 7

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| FRBP 7001(1) – Recovery of Money/Property | FRBP 7001(6) – Dischargeability (continued) |
|---|---|
| ☐ 11-Recovery of money/property - §542 turnover of property | ☐ 61-Dischargeability - §523(a)(5), domestic support |
| ☐ 12-Recovery of money/property - §547 preference | ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury |
| ☐ 13-Recovery of money/property - §548 fraudulent transfer | ☐ 63-Dischargeability - §523(a)(8), student loan |
| ☒ 14-Recovery of money/property - other | ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support) |
| **FRBP 7001(2) – Validity, Priority or Extent of Lien** | ☐ 65-Dischargeability - other |
| ☐ 21-Validity, priority or extent of lien or other interest in property | **FRBP 7001(7) – Injunctive Relief** |
| | ☐ 71-Injunctive relief – imposition of stay |
| **FRBP 7001(3) – Approval of Sale of Property** | ☐ 72-Injunctive relief – other |
| ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h) | |
| **FRBP 7001(4) – Objection/Revocation of Discharge** | **FRBP 7001(8) Subordination of Claim or Interest** |
| ☒ 41-Objection / revocation of discharge - §727(c),(d),(e) | ☐ 81-Subordination of claim or interest |
| **FRBP 7001(5) – Revocation of Confirmation** | **FRBP 7001(9) Declaratory Judgment** |
| ☐ 51-Revocation of confirmation | ☒ 91-Declaratory judgment |
| **FRBP 7001(6) – Dischargeability** | **FRBP 7001(10) Determination of Removed Action** |
| ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims | ☐ 01-Determination of removed claim or cause |
| ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud | **Other** |
| ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq. |
| (continued next column) | ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |

OCT 22 2009 PM02:56

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA — REGINA THOMAS, DEPUTY CLERK

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 1,000,000.00 |

**Other Relief Sought**
Any and all relief this Honorable Court Deems

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR *Glenn R Favre pro se* | BANKRUPTCY CASE NO. *08-CA-85264-MHM* | |
| DISTRICT IN WHICH CASE IS PENDING *NORTHERN* | DIVISION OFFICE *ATLANAT* | NAME OF JUDGE *Margaret Murphy* |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF *Glenn R Favre pro se* | Deutsche Bank NA, Quincy Sampson, Nancey Yao, Innovative Merchant Services | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

[signature]

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| *October 21, 2009* | *GLENN FAVRE* |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

Plaintiffs and Defendants. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

Demand. Enter the dollar amount being demanded in the complaint.

Signature. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GLENN ROYCE FAVRE
    Claimant,
-v-

Wachovia Bank, N.A. et. al.
Quincy Sampson Jason Hunt Nancy Yao,
individually and wholly,
Innovative Merchant Services, et. al.
Heather Johnson, Individually and wholly
    Respondent 's'

Chapter 7 Case No: 08-85624

Judge Honorable Margaret Murphy

Adversary No:

COMPLAINT

**09-9077**

## CLAIMANT'S COMPLAINT FOR PERSONAL INJURY AND DAMAGES

COMES NOW Glenn R Favre, (hereinafter referred to as the "Claimant" files this complaint in an adversarial proceeding with regards to the of Wachovia Bank NA. et al ("Respondant "s")  and their employees and Innovative Merchant Services ("IMS") willful and malicious intent to harm the Claimant.  Whereas the Claimant's unwilling presence before the Honorable Judge Margaret Murphy, and the objection of the U.S. Trustee's  Discharge Chapter 7, is self evident and supports Claimant's Complaint for Personal Injury and Damages and demands relief from Respondent "s" willful intent and malice to injure Claimant therefore enter a Declaratory Judgment against the Respondant"s" for a Breach of Fiduciary Responsibility, Civil False Claims, Presenting and Making False Statements to the Office Comptroller of Currency by TARP holders, violating the Consumer Financial Protection Agency, fraud, , with prior knowledge and willful intent to harm the Claimant and that of the Claimant's company Top to Bottom Renovations, LLC business checking account, FDCA, FCA EESA. Award the Claimant for damages this Honorable Court deems just and necessary for willful and negligent, willful disregard of damages sustained as a direct result of Respondent,"s" actions under Civil RICO, Civil False Claims, Common Law Fraud, TARP Fraud, FERA, EESA.



Page 1 of 6

## PARTIES

1

Claimant is an individual under the protection of this Honorable Court and the rulings of the Honorable Judge Margaret Murphy, which resides in the Northern District of Georgia at 110 South Columbia Drive #11 Decatur Georgia 30030.

2

Respondent "s", Wachovia Bank, N.A., a TARP holder and now a Wells Fargo wholly owned by Goldman Sachs Holdings, Inc. and Company and is operating in this Honorable Courts JURISDICAITON. in good standing. Company Headquarters Wells Fargo and Company 420 Montgomery Street San Francisco, CA 94104.

## JURISDICTION

3

Jurisdiction and venue are proper in this court under the facts and circumstances set forth herein which include Respondent "s" residence with in the Northern District of Georgia. The Claimant is under the protection of this Honorable Court and that of the Honorable Judge Murphy,

4

## CIVIL FALSE CLAIMS BY TARP HOLDERS AGENTS, DIRECTORS, AND EMPLOYEES.

1. Wachovia Bank, N.A. knowingly and unlawfully permitted the fraudulent withdrawal of moneys' from the Claimants checking account. obtained, used, endeavored to obtain, or endeavored to use the Company Reserve of Top to Bottom Renovations, LLC.

2. Wachovia Bank, NA did so with intent to, either temporarily or permanently, deprive Glenn Favre of the right to the property or any benefit from it or to appropriate the property of Wachovia to the Respondent "s" own use or to the use of any person not entitled to it.

    (a)    Taking or exercising control over property.

    (b)    Making any unauthorized use, disposition, or transfer of property.

    (c)    Obtaining property by fraud, willful misrepresentation of a future act, or false promise.

    (d)    1.    Conduct previously known as stealing; larceny; purloining; abstracting; embezzlement; misapplication; misappropriation; conversion; or obtaining money or property by false pretenses, fraud, deception using false or omitting facts to the OCC; or

                2.    Other conduct similar in nature.

"Endeavor" means to attempt or try.

"Property" means anything of value, and includes:

    real property, including things growing on, affixed to and found in land;

    tangible or intangible personal property, including rights, privileges, interests and claims; and services.

"Claimant's source of income" means anything of value resulting from a person's physical or mental labor or skill, or from the use, possession or presence of property, and includes:

    100% of Claimant's source of income;

professional services;

"Value" means:

The market value of the property at the time and place of the offense, or if that value cannot be satisfactorily ascertained, the cost of replacement of the property within a reasonable time after the offense.

In the case of a written instrument that does not have a readily ascertainable market value, such as a check, draft or promissory note, the value is the amount due or collectible.

In the case of any other instrument that creates, releases, discharges or otherwise affects any valuable legal right, privilege or obligation, the value is the greatest amount of economic loss that the owner of the instrument might reasonably suffer by virtue of the loss of the instrument. Wachovia violated its own Deposit Agreement for Business Accounts under offsets EFT, ACH and reports of Fraud.

The value of a trade secret that does not have a readily ascertainable market value is any reasonable value representing the damage to the owner suffered by reason of losing an advantage over those who do not know of or use the trade secret.

### 6.11 JOINT LIABILITY OF JOINT TORTFEASORS

**a. Comparative Negligence Cases (Special Verdicts)**

Respondent's" were negligent, due the prior knowledge of the fraudulent report recorded by Claimant within 24 hours. Claimant's damages in a single total amount, and write that amount, in dollars, on the verdict form.

If you find for Claimant's damages, Respondent "s", you should assess Claimant's damages in a single amount against both Respondent's" individually and wholly and to whom you find to be liable to the Claimant.

## 6.2 PERSONAL INJURY AND PROPERTY DAMAGES: ELEMENTS

**a. Injury, Pain, Disability, Disfigurement, Loss of Capacity for Enjoyment of Life**

Any bodily injury sustained by GLENN ROYCE FAVRE and any resulting pain and suffering FINANCIAL POST TRAUMATIC STRESS DISORDER, FALSE CLAIMS BY TARP HOLDER DIRECTOR'S, EMPLOYEES, REPRESENTATIVES violating FERA, FCA, EESA and there is no exact standard for measuring such damage. The amount should be fair and just in the light of the evidence.

**d. Lost Earnings, Lost Time, Lost Earning Capacity**

When Lost Earnings or Lost Working Time Shown

Top To Bottom Renovations, LLC Wachovia Account ending in *7705 deposits and financial profile is self evident by the surviving entity and the over $500,000.00 in direct deposits from 2007-2008. Since June of 2008, the fraudulent transfer of over $32,000.00 that represents the business debt payment to American Express Platinum and the source of funding of Top To Bottom Renovations, LLC is a direct result of the Claimant's unwilling presence before this court.

WHEREFORE, Claimant prays for and respectfully Appeals the Honorable Margaret Murphy Judgment and Order for Relief under 727 U.S.C. by entering in favor of the Claimant for all damages and personal injury sustained from Respondent 's' willful intent to injure. Claimant prays for all damages the court deems just and proper under federal and state statues allowable by the State of Georgia, and request the Respondent 's' actions be reported to the appropriate law and regulatory officials as appropriate.

Respectfully Submitted:

October 22, 2009

GLENN ROYCE FAVRE

CLAIMANT

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR *Glenn R Favre pro se* | | BANKRUPTCY CASE NO. *08-CA-85364-MHM* | |
| DISTRICT IN WHICH CASE IS PENDING *NORTHERN* | | DIVISION OFFICE *ATLANTA* | NAME OF JUDGE *Margaret Murphy* |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF *Glenn R Favre pro se* | DEFENDANT Bank NA, Quincy Sampson, Nancey Yao, Innovative Merchant Services | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE *October 21, 2009* | | PRINT NAME OF ATTORNEY (OR PLAINTIFF) *GLENN FAVRE* | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

Plaintiffs and Defendants. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

Demand. Enter the dollar amount being demanded in the complaint.

Signature. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# 09-9077 Judge _MHM_

## NEW ADVERSARY CHECKLIST

( ✓ ) Complete Filing
(   ) Incomplete Filing

**Check-mark the following documents that are missing:**

(   ) Summons
(   ) Adversary Cover Sheet
(   ) Complaint

Customer was given:

☐ Letter Attached

☐ Summons ☐ Adversary Cover Sheet
   At Intake Counter Date_____

☐ Summons ☐ Adversary Cover Sheet
   Sent via US mail Date_____

| **FEE** |
|---|
| PAID _____ |
| DEFERRED _____ |
| NOT REQUIRED ✓ |