# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 09-ap-9077

Glenn Favec ) Judge: Margarett Murphy

) Chapter: 7

Debtor(s)

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA
M. REGINA THOMAS, CLERK

NOV 12 2009 PM 03:59

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 25 day of OCT, 2009, I served a copy of Adversarial Complaint 09-9069 + Summons, which was filed in this bankruptcy matter on the 9 day of Dec, 2008.

Mode of service (circle one): (MAIL)    HAND DELIVER

Name and Address of each party served: Alma Soga.
Heather Johnson            Wachovia Bank
Innovative Merchant Solution   3855 N. Federal Hwy
21215 Oxnard Blvd          Pompano Beach FL 33064
Woodland Hills Ca 91367

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 12 Nov 09     Signature: [signature]

Printed Name: Glenn Favec

Address: 165 S. Columbia Dr #11
Decatur GA 30030

Phone: 404 373 1137

F82 - Certificate of Service Print Out.wpt                    Rev. (06/12/06)

**From:** UPS Quantum View <auto-notify@ups.com>
**Subject: UPS Delivery Notification, Tracking Number 1ZA569353696100022**
**Date:** October 28, 2009 12:39:35 PM EDT
**To:** gpilotatl@me.com
**Reply-To:** auto-notify@ups.com



\*\*\*Do not reply to this e-mail. UPS and EMC Search, LLC will not receive your reply.

**At the request of EMC Search, LLC, this notice alerts you that the shipment listed below has been delivered.**

Important Delivery Information

**Delivery Date / Time:** 28-October-2009 / 12:08 PM
**Delivery Location:** FRONT DESK
**Signed by:** KRONCHAK

## Shipment Detail

**Ship To:**
ALINA SOSA
WACHOVIA BANK
3885 N FEDERAL HWY
POMPANO BEACH
FL
33064
US

| | |
|---|---|
| **UPS Service:** | 2ND DAY AIR |
| **Weight:** | 1.0 LBS |

**Tracking Number:** 1ZA569353696100022
**Reference Number 1:** WACHOVIA 7705
**Reference Number 2:** 09-9077



Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

**dalec@emcsearch.net**

09: 9077

**From:**     "UPS Quantum View" <auto-notify@ups.com>
**Date:**     Wednesday, October 28, 2009 12:39 PM
**To:**       <DALEC@EMCSEARCH.NET>
**Subject:**  UPS Delivery Notification, Tracking Number 1ZA569353696100022



FILED OCT 30 2009

***Do not reply to this e-mail. UPS and EMC Search, LLC will not receive your reply.

**At the request of EMC Search, LLC, this notice alerts you that the shipment listed below has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 28-October-2009 / 12:08 PM
**Delivery Location:** FRONT DESK
**Signed by:** KRONCHAK

## Shipment Detail

**Ship To:**
ALINA SOSA
WACHOVIA BANK
3885 N FEDERAL HWY
POMPANO BEACH
FL
33064
US

**UPS Service:**    2ND DAY AIR
**Weight:**         1.0 LBS

**Tracking Number:**    1ZA569353696100022
**Reference Number 1:** WACHOVIA 7705
**Reference Number 2:** 09-9077

____2rr2rr2S8H9MGAjs8wp5wip4qwsypNRpHi____

Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

10/30/2009

## dalec@emcsearch.net

**From:** "UPS Quantum View" <auto-notify@ups.com>
**Date:** Thursday, October 29, 2009 3:09 PM
**To:** <dalec@emcsearch.net>
**Subject:** UPS Delivery Notification, Tracking Number 1ZA569353598515412



***Do not reply to this e-mail. UPS and EMC Search, LLC will not receive your reply.

FILED OCT 30 2009

**At the request of EMC Search, LLC, this notice alerts you that the shipment listed below has been delivered.**

### Important Delivery Information

**Delivery Date / Time:** 29-October-2009 / 11:12 AM
**Delivery Location:** RECEPTION
**Signed by:** WALTER

### Shipment Detail

**Ship To:**
HEATHER JOHNSON
INNOVATIVE MERCHANT SOLUTIONS
21215 BURBANK BLVD
WOODLAND HILLS
CA
91367
US

**UPS Service:**     2ND DAY AIR
**Weight:**          1.0 LBS

**Tracking Number:**     1ZA569353598515412
**Reference Number 1:** 5968
**Reference Number 2:** INNOVATIVE MERC

____2rr2rr2w8iZ4QjnL9aAqavA_taLCAGlAiv____

Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2009 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.

10/30/2009

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Policy
Contact UPS

10/30/2009