UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>GLENN ROYCE FAVRE,<br><br>    Debtor. | Case No. 08-85264-MHM<br><br>Chapter 7 |
| GLENN ROYCE FAVRE,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA BANK, N.A., QUINCY SAMPSON, JASON HUNT, NANCY YAO, INNOVATIVE MERCHANT SERVICES, and HEATHER JOHNSON<br><br>    Defendants. | Adv. Proc. No. 09-09077-MHM |

## CORPORATE OWNERSHIP STATEMENT

**COMES NOW** Wachovia Bank, N.A. ("Wachovia"), Defendant in the above-captioned Adversary Proceeding, and, pursuant to Bankruptcy Rule 7007.1, hereby files this its Corporate Ownership Statement as follows:

    1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Wachovia Bank, N.A.
- Wachovia Corporation

Case 09-09077-mhm    Doc 5    Filed 12/07/09    Entered 12/07/09 16:49:44    Desc Main
Document    Page 2 of 3

- Wells Fargo & Company

- Glen Royce Favre

Respectfully submitted this 7th day of December, 2009.

        **WOMBLE CARLYLE SANDRIDGE & RICE**
        *A Professional Limited Liability Company*

By:   /s/ John A. Thomson, Jr.
       Robert R. Ambler, Jr.
       Georgia Bar No. 014462
       John A. Thomson, Jr.
       Georgia Bar No. 706760
       John G. Perry
       Georgia Bar No. 141609
       271 17th Street NW, Suite 2400
       Atlanta, Georgia 30363-1017
       Phone: (404) 872-7000
       rambler@wcsr.com
       jthomson@wcsr.com
       joperry@wcsr.com

ATTORNEYS FOR DEFENDANT WACHOVIA BANK, N.A.

2

WCSR 4255390v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing Answer and Affirmative Defenses has been served upon counsel of record by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

>Glenn R. Favre, Pro Se
>110 South Columbia Drive, No. 11
>Decatur, Georgia 30030

This 7th day of December, 2009.

>/s/ John A. Thomson, Jr.
>Robert R. Ambler, Jr.
>Georgia Bar No. 014462
>John A. Thomson, Jr.
>Georgia Bar No. 706760
>John G. Perry
>Georgia Bar No. 141609

WCSR 4255390v1