UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>GLENN ROYCE FAVRE,<br><br>Debtor. | Case No. 08-85264-MHM<br><br>Chapter 7 |
| GLENN ROYCE FAVRE,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA BANK, N.A., QUINCY SAMPSON, JASON HUNT, NANCY YAO, INNOVATIVE MERCHANT SERVICES, and HEATHER JOHNSON<br><br>Defendants. | Adv. Proc. No. 09-09077-MHM |

### DEFENDANT WACHOVIA BANK, N.A.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS

**COMES NOW** Wachovia Bank, N.A. ("Wachovia"), defendant in the above styled Adversary Proceeding, and pursuant to BLR 9014-2, hereby files this its response to Plaintiff's Application for Default Judgment as follows:

Plaintiff's application for default judgment for failing to answer the summons under Fed. Bank. R. 7012 [Doc. No. 7] should be denied because Wachovia timely filed and served its Answer and Affirmatives Defenses ("Answer") and never was in default.

WCSR 4280609v1

The summons was issued by the Clerk of this Court on October 22, 2009. [Doc. No. 2] Fed. Bank. R. 7012 provides, "If a complaint is duly served, the defendant shall serve an answer within 30 days after the issuance of the summons." Fed. Bank. R. 7012. The thirtieth day following issuance of the summons was Saturday, November 21, 2009. Wachovia timely filed its Answer and timely served the Plaintiff the following Monday, November 23, 2009. [Doc. No. 4] See Fed. Bank. R. 7005, Fed. R. Civ. P. 5(b)(2)(C) ("service is complete upon mailing.").

Under the Federal Bankruptcy Rules, if a filing deadline falls on a Saturday or a Sunday, the party shall have until the following Monday to make its required filing. See Fed. Bank. R. 9006 ("The last day of the period so computed shall be included, unless it is a Saturday, a Sunday, or a legal Holiday . . . in which event the period runs until the end of the next day which is not one of the aforementioned days"). Wachovia timely filed its Answer and was never in default. Therefore, Plaintiff's application for default judgment should be denied.

Plaintiff's filing is entitled "Application for Default Judgment Against Defendants for Failing to Answer the Summons Under Fed. Bank. R. 7012," but the substance of the filing, if any, relates to other various requests for relief (i.e. summary judgment, unclaimed registry funds, preliminary injunction, consolidation and an award of damages and fines). Although Plaintiff requests a myriad of remedies from the Court, he fails to provide any support whatsoever that shows he would be entitled to the relief that he has requested against Wachovia. Plaintiff did file an "Affidavit in Support of Plaintiff's Motion for Default Judgment," but this "affidavit" is nothing more than a random collection of filings from numerous other Adversary Proceedings that the Plaintiff has filed in this District to which Wachovia is not a party.

WCSR 4280609v1

It should be noted that Plaintiff's motion only generally refers to "Defendants," and does not make any specific allegations as to Wachovia. As such, any and all relief requested in Plaintiff's filing should be denied as to Wachovia.

Wachovia urges this Court to take judicial notice of the fact that the Plaintiff's pleadings in the above captioned action are disjointed, confusing, and lack substantive, concise allegations of fact that would entitle Plaintiff to relief against Wachovia. Therefore, Wachovia suggests that a status conference, pursuant to 11 U.S.C. § 105, will be helpful in better defining the scope of Plaintiff's allegations and the procedural course of the above captioned Adversary Proceeding.

Respectfully submitted this 28th day of December, 2009.

                    **WOMBLE CARLYLE SANDRIDGE & RICE**
                    *A Professional Limited Liability Company*

By:    /s/ Robert R. Ambler, Jr.
          Robert R. Ambler, Jr.
          Georgia Bar No. 014462
          John A. Thomson, Jr.
          Georgia Bar No. 706760
          John G. Perry
          Georgia Bar No. 141609
          271 17th Street NW, Suite 2400
          Atlanta, Georgia 30363-1017
          Phone: (404) 872-7000
          rambler@wcsr.com
          jthomson@wcsr.com
          joperry@wcsr.com

                    **Attorneys for Defendant Wachovia Bank, N.A.**

WCSR 4280609v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing DEFENDANT WACHOVIA BANK, N.A.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS has been served upon counsel of record by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

> Glenn R. Favre, Pro Se
> 110 South Columbia Drive, No. 11
> Decatur, Georgia 30030

This 28th day of December, 2009.

> /s/ Robert R. Ambler, Jr.
> Robert R. Ambler, Jr.
> Georgia Bar No. 014462
> John A. Thomson, Jr.
> Georgia Bar No. 706760
> John G. Perry
> Georgia Bar No. 141609

WCSR 4280609v1