ENTERED ON
JAN 1 9 2010
DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| **GLENN ROYCE FAVRE,** | ) **CASE NO. 08-85264 - MHM** |
| | ) |
| Debtor. | ) |
| | ) |
| GLENN ROYCE FAVRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ADVERSARY PROCEEDING** |
| | ) **NO. 09-9077** |
| WACHOVIA BANK, N.A., | ) |
| QUINCY SAMPSON, JASON HUNT, | ) |
| NANCY YAO, INNOVATIVE | ) |
| MERCHANT SERVICES, and | ) |
| HEATHER JOHNSON, | ) |
| | ) |
| Defendants. | ) |

### ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Debtor filed the complaint in this adversary proceeding October 22, 2009, and served the summons and complaint upon Defendants October 28, 2009, by first class mail. Defendant Wachovia Bank, N.A., filed an answer November 23, 2009. On December 11, 2009, Debtor filed a motion for default judgment; however, the record in this adversary proceeding shows that Defendant filed a timely answer. Defendant has never been in default in this adversary proceeding. Therefore, Debtor is not entitled to default judgment.

Accordingly, it is hereby

ORDERED that Debtor's motion for default judgment is ***denied.***

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, Defendants' attorney, the Chapter 7 Trustee, and the U.S. Trustee.

IT IS SO ORDERED, this the 18th day of January, 2010.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE